# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>FRANCISCO BARRERA-FLEMATE(1)<br><br>EDUARDO RIOS(2),<br><br>Defendant. | Case No. 21CR1171-TWR<br><br>**ORDER GRANTING JOINT MOTION TO CONTINUE MOTION HEARING/TRIAL SETTING** |

**GOOD CAUSE APPEARING IT IS HEREBY ORDERED,** that the MOTION HEARING/ TRIAL SETTING in Case No. 21CR1171-TWR be continued from May 28, 2021 at 1:30 P.M., to June 25, 2021 at 1:30PM.

The Court finds good cause that time is excludable under 18 U.S.C. § 3161(h)(1)(D).

The defendant shall each sign and file an acknowledgment of the new court date within 48 hours of this Order.

**SO ORDERED.**

DATED: 5/26/2021

**HONORABLE TODD W. ROBINSON**
**Judge of the United States District Court**